ACCEPTED
03-14-00501-CV
4530711
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/17/2015 2:11:02 PM
JEFFREY D. KYLE
CLERK



# KEN PAXTON
### ATTORNEY GENERAL OF TEXAS

Kristofer S. Monson
ASSISTANT SOLICITOR GENERAL

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/17/2015 2:11:02 PM
JEFFREY D. KYLE
Clerk

(512) 936-1820
KRISTOFER.MONSON@TEXASATTORNEYGENERAL.GOV

March 17, 2015

**Via File & ServeXpress**

Jeffrey D. Kyle
Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

        Re:    Cause Number: 03-14-00501-CV

        The County of La Salle
        v. Joe Weber, in his Official Capacity as Executive Director of the Texas
        Department of Transportation; The Texas Department of Transportation;
        Ted Houghton, in his Official Capacity as Chairman of the
        Texas Transportation Commission; et al.

Mr. Kyle:


        I will present argument on behalf of the appellees.




                        Sincerely,

                        /s/ Kristofer S. Monson

                        Kristofer S. Monson
                        Assistant Solicitor General


KSM\hld